IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-61617-GAYLES/STRAUSS

**MARCIA MCMANUS**,

    Plaintiff/Appellant,

v.

**AMERIJET INTERNATIONAL, INC.**,

    Defendant/Appellee.

_____/

## NOTICE OF APPEAL

Notice is given that Plaintiff Marcia McManus appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's September 25, 2023 Order dismissing Plaintiff's Second Amended Complaint with prejudice.

    /s/ Daniel A. Bushell
    Daniel A. Bushell
    Florida Bar. No. 0043442
    BUSHELL LAW, P.A.
    1451 W. Cypress Creek Road, Suite 300
    Fort Lauderdale, Florida 33309
    Phone: 954-666-0220
    Email:  dan@bushellappellatelaw.com

    *Appellate Counsel for Plaintiffs/Appellants*

### CERTIFICATE OF SERVICE

I certify that on October 25, 2023, the foregoing document was filed via the Court's ECF system, which will serve notice on all registered counsel of record and pro se parties.

    /s/ Daniel A. Bushell
    Daniel A. Bushell